# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DIANA ROMINE,<br><br>　　　Plaintiff,<br><br>v.<br><br>CIT GROUP/CONSUMER FINANCE, INC.; VERICREST FINANCIAL, INC., as Attorney in Fact for CIT Group and the Bank of New York Mellon; THE BANK OF NEW YORK MELLON, as Trustee of CIT Mortgage Loan Trust 2007-1; CALIBER HOME LOANS, and SELECT PORTFOLIO SERVICING, INC.,<br><br>　　　Defendants. | Case No. CIV-24-188-RAW-SPS |

## ORDER

　　　Before the court are Plaintiff's motion to remand [Docket No. 11], the response thereto filed by Defendants Select Portfolio Servicing, Inc. and the Bank of New York Mellon as Trustee [Docket No. 13], Plaintiff's reply [Docket No. 25], and the Report and Recommendation (R&R) filed by United States Magistrate Judge Shreder [Docket No. 26], recommending that the Plaintiff's motion to remand be granted and this action be remanded to the District Court of Muskogee County.  No objection to the R&R has been filed.

　　　After a *de novo* review, the court determines that the R&R is well-supported by the evidence and the prevailing legal authority.  The court agrees with Magistrate Judge Shreder's finding that the removal in this case was untimely filed under 28 U.S.C. § 1446(b)(1) and that the case should therefore be remanded.  The R&R [Docket No. 26] is hereby affirmed and adopted as this court's Findings and Order.  Accordingly, Plaintiff's motion to remand [Docket No. 11] is

hereby GRANTED, and this action is hereby REMANDED to the District Court of Muskogee County. The remaining pending motions [Docket Nos. 7 and 27] are hereby termed as MOOT.

**IT IS SO ORDERED** this 6th day of February, 2025.

_____
**THE HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**

2